to these rules, there is no appeal of discretionary decisions made under § 244 of the INA in cases, like Estillore's, in which the final order of deportation is entered after the enactment of IIRIRA. *See* IIRIRA § 309(c)(4)(E). Because the BIA's denial of Estillore's request for voluntary departure was a discretionary decision made under § 244, Estillore has no right to appeal the BIA's ruling. *See Antonio–Cruz v. INS*, 147 F.3d 1129, 1130 (9th Cir.1998). Thus, Estillore's appeal of the BIA's decision on voluntary departure must be dismissed.

### III. Conclusion

For the reasons set forth above, the BIA's denial of § 241(a)(1)(H) relief is AFFIRMED, and Estillore's appeal of the BIA's decision on voluntary departure is DISMISSED.

Before THOMAS, GRABER, and GOULD, Circuit Judges.

MEMORANDUM *

Petitioner Franklin Carrico appeals from the district court's denial of his petition for a writ of habeas corpus. After careful consideration of the record, the briefs and the oral arguments, we affirm the judgment of the district court for the reasons provided in the well-reasoned Report and Recommendation filed by Magistrate Judge John L. Weinberg on August 18, 2000.

AFFIRMED.

**Franklin CARRICO, Petitioner— Appellant,**

v.

**Leslie RYDER, Respondent—Appellee.**

No. 01–35031.

D.C. No. CV–99–01924–TSZ.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 7, 2002.

Decided Jan. 10, 2002.

**Jacqueline ALLEN, Creditor/Plaintiff in Bankruptcy Court, Appellant,**

v.

**Christopher Lynn ALLEN, Debtor/Defendant in Bankruptcy Court, Appellee.**

Nos. 00–35528, 00–35529.

D.C. Nos. CV–99–00163–JDS, CV–99–00166–JDS.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2001.*

Decided Jan. 11, 2002.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).